**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01001-CR

**JOCELYN UY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-86182-2013**

## NUNC PRO TUNC ORDER

The Court **GRANTS** the Collin County Clerk's motion for extension of time to file the clerk's record.

We **ORDER** the Collin County Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
JUSTICE